*654-15*

# ELECTRONIC RECORD

COA # 04-13-00818-CR    OFFENSE: MURDER

STYLE: MARK ANTHONY GARCIA V. THE STATE OF TEXAS    COUNTY: BEXAR

COA DISPOSITION: AFFIRMED AND MODIFIED    TRIAL COURT: 437TH DISTRICT COURT

DATE: 05/06/15    Publish: NO    TC CASE #: 2009CR2731A

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: MARK ANTHONY GARCIA V. THE STATE OF TEXAS    CCA #: *654-15*

___PRO SE___ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

___REFUSED___    JUDGE: _____

DATE: _10/14/2015_    SIGNED: _____  PC: _____

JUDGE: _Per Curiam_    PUBLISH: _____  DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____